**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS CENTRAL DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 25 2026

TAMMY H. DOWNS, CLERK
By: ________ DEP CLERK

**DOMENIQUE TAYLOR**

Plaintiff,

V.

**MAUMELLE POLICE DEPT. ET., AL**
**ANDREW THORNTON ET. AL (official capacity/individual)**
**CITY OF MAUMELLE**
**COUNTY OF PULASKI**
**STATE OF ARKANSAS**

Defendant. (s)

**Case No.** 4:26CV881-LPR

**PLAINTIFF'S MOTION TO INCLUDE SUPPLEMENTAL EXHIBITS IN SUPPORT OF MOTION FOR LEAVE TO INCLUDE EXHIBITS**

Comes now the Plaintiff, Domenique Taylor, and respectfully moves this Honorable Court for leave to include the attached supplemental exhibits in support of the pending Motion for Leave to file exhibits. In support thereof, the Plaintiff states as follows:

I, Domenique Taylor, am acting without a lawyer (*pro se*) in this case. I respectfully ask this Court for permission to file the attached exhibits.

The reasons for this request are:

1. I recently obtained/completed the supporting documents attached to this motion.

2. These exhibits—labeled as Exhibit 1 through 7—are necessary for the Court to fairly review the facts of this case.

3. Allowing these documents will not harm or prejudice any other party involved in this lawsuit.

Wherefore, I respectfully request that the Court grant this motion and accept the attached exhibits into the record.

Dated this **18th** day of August 2026

Respectfully Submitted,

Domenique Taylor (Plaintiff)

Today's Date August 17, 2026

1801 Champlin Dr. #308
Little Rock, Arkansas 72223