Exhibits

Exhibit One

# ARKANSAS INCIDENT REPORT

## INCIDENT

| PAGE # | ORI NUMBER | INCIDENT NUMBER |
|---|---|---|
| 1 | AR0600300 | 2024061606 |

| DATE(S) OF INCIDENT | R | AGENCY NAME |
|---|---|---|
| 08/03/2024 | | North Little Rock Police Department |

| TIME(S) OF INCIDENT | DAY(S) OF INCIDENT |
|---|---|
| 06:00 - 06:50 | Saturday |

**INTERNAL INCIDENT STATUS:**
☐ (A) Active
☒ (CA) Closed by Arrest
☐ (CE) Closed by Exception
☐ (CO) Closed by Other Means
☐ (I) Inactive
☐ (U) Unfounded

**EXCEPTIONAL CLEARANCE STATUS:**
☐ (A) Death of the Offender
☐ (B) Prosecution Declined
☐ (C) Extradition Denied
☐ (D) Victim Ref. to Cooperate
☐ (E) Juvenile, No Custody
☒ (N) Not Applicable

| DISPATCHER | TIME RECEIVED | TIME ARRIVED | REPORTING AREA | EXCEPT. CLEAR. DATE |
|---|---|---|---|---|
| TBPLAUDIS - Plaudis, Thomas B | 6:33 | 6:38 | C | |

## OFFENSE

| OFFENSE # | UCR CODE | OFFENSE STATUS: | OFFENDER USED: | Burglary (220) Location 14&19: | FORCED ENTRY? |
|---|---|---|---|---|---|
| 1 | 90Z | ☐ (A) Attempted ☒ (C) Completed | ☐ (N) Not Applicable ☒ (A) Alcohol ☐ (C) Cptr. Equip. ☐ (D) Drugs | # PREMISES ENTERED? | ☒ Yes ☐ No |

| STATUTE | OFFENSE DESCRIPTION | ADDRESS OF OFFENSE |
|---|---|---|
| 16-85-714 | Violation of No Contact Order | 3801 MCCAIN PARK DR, AM, NLR, AR 72116 |

**LOCATION CODE** (Enter 1)
☐ (01) Air/Bus/Train Terminal
☐ (02) Bank/Savings & Loan
☐ (03) Bar/Night Club
☐ (04) Church/Synagogue/Temple/Mosque
☐ (05) Commercial/Office Building
☐ (06) Construction Site
☐ (07) Convenience Store
☐ (08) Department/Discount Store
☐ (09) Drug Store/Doctor's Office/Hospital
☐ (10) Field/Woods
☐ (11) Government/Public Building
☐ (12) Grocery/Supermarket
☐ (13) Highway/Road/Alley/Street/Sidewalk
☐ (14) Hotel/Motel/Etc.
☐ (15) Jail/Prison/Penitentiary/Corrections Facility
☐ (16) Lake/Waterway/Beach
☐ (17) Liquor Store
☐ (18) Parking Lot/Drop Lot/Garage
☐ (19) Rental/Storage Facility
☒ (20) Residence/Home
☐ (21) Restaurant
☐ (23) Service/Gas Station
☐ (24) Specialty Store
☐ (25) Other/Unknown
☐ (37) Abandoned/Condemned Structure
☐ (38) Amusement Park
☐ (39) Arena/Stadium/Fairgrounds/Coliseum
☐ (40) ATM Separate From Bank
☐ (41) Auto Dealership New/Used
☐ (42) Camp/Campground
☐ (44) Daycare Facility
☐ (45) Dock/Wharf/Freight/Modal Terminal
☐ (46) Farm Facility
☐ (47) Gambling Facility/Casino/Race Track
☐ (48) Industrial Site
☐ (49) Military Installation
☐ (50) Park/Playground
☐ (51) Rest Area
☐ (52) School - College/University
☐ (53) School - Elementary/Secondary
☐ (54) Shelter - Mission/Homeless
☐ (55) Shopping Mall
☐ (56) Tribal Lands
☐ (57) Community Center

**WEAPON FORCE:** (Max. 3)
*(For 11-15, place "A" in space next to box if weapon was an Automatic.)*
__ ☐ (11) Firearm (Type not stated)
__ ☐ (12) Handgun
__ ☐ (13) Rifle
__ ☐ (14) Shotgun
__ ☐ (15) Other Firearm
☐ (20) Knife/Cutting Instru. (Ax, etc.)
☐ (30) Blunt Object (Club, etc.)
☐ (35) Motor Vehicle (As weapon)
☒ (40) Personal Weapons (Hands, etc.)
☐ (50) Poison
☐ (60) Explosives
☐ (65) Fire/Incendiary Device
☐ (70) Narcotics/Drugs/Sleeping Pills
☐ (85) Asphyxiation
☐ (90) Other
☐ (95) Unknown
☐ (99) None

**TYPE CRIMINAL ACTIVITY:** (Max. 3)
☐ (B) Buying
☐ (C) Cultivate/Manufacture/Publish
☐ (D) Distributing/Selling
☐ (E) Exploiting Children
☐ (O) Operating/Promoting/Assisting
☐ (P) Possessing/Concealing
☐ (T) Transport/Transmit/Import
☐ (U) Using/Consuming

**TYPE GANG ACTIVITY:** (Max. 3)
☐ (G) Other Gang
☐ (J) Juvenile Gang
☒ (N) None/Unknown

**BIAS MOTIVATED CRIME:**
None (No Bias)

## VICTIM

| VICTIM # | NAME: Last, First, Middle | SOC. SEC. NO. | DRIVER'S LICENSE | DR. LI. STATE | DATE OF BIRTH |
|---|---|---|---|---|---|
| 1 | FONSECA, PARIS | | [redacted] | [redacted] | 01/26/1996 |

| RESIDENT ADDRESS: Street, City, State | ZIP |
|---|---|
| 3801 MCCAIN PARK, Apt M, NLR, AR | 72116 |

| OCCUPATION | RESIDENT PHONE |
|---|---|
| DRIVER | [redacted] |

| EMPLOYMENT PHONE | SEX: |
|---|---|
| (501) 758-3964 | ☐ (M) Male ☒ (F) Female ☐ (U) Unknown |

**ETHNIC:** ☒ (H) Hispanic ☐ (N) Nonhispanic ☐ (U) Unknown

**AGE:** Exact Age 28
Range __/__
☐ (NN) Under 24 Hrs. Old
☐ (NB) 1-6 Days Old
☐ (BB) 7-364 Days Old
☐ (99) Over 98 Yrs. Old
☐ (00) Unknown

**RACE:** ☐ (W) White ☐ (I) American Indian ☐ (U) Unknown ☒ (B) Black ☐ (A) Asian/Pacific Islander

**RES. STATUS:** ☒ (R) Resident ☐ (N) Nonresident ☐ (U) Unknown

**VICTIM TYPE:** ☒ (I) Individual ☐ (B) Business ☐ (F) Financial Institution ☐ (U) Unknown ☐ (G) Government ☐ (R) Religious ☐ (S) Society/Public ☐ (O) Other

**VICTIM INJURY:** (Max. 5)
☐ (N) None
☐ (B) Apparent Broken Bones
☐ (I) Possible Internal Injury
☐ (L) Severe Laceration
☐ (M) Apparent Minor Injury
☐ (O) Other Major Injury
☐ (T) Loss of Teeth
☐ (U) Unconsciousness

**THIS VICTIM RELATED TO WHICH OFFENSES?**
☒ #1 ☒ #4 ☐ #7 ☐ #10
☐ #2 ☐ #5 ☐ #8 others:
☐ #3 ☐ #6 ☐ #9

**RELATIONSHIP OF THIS VICTIM TO OFFENDERS**
*(check relationship under appropriate offender number):*
#1 #2 #3 #4 #5 #6 #7 #8 #9 #10

**VICTIM WAS:**
(SE) Spouse
(CS) Common-Law Spouse
(PA) Parent
(SB) Sibling
(CH) Child
(GP) Grandparent
(GC) Grandchild
(IL) In-Law
(SP) Stepparent
(SC) Stepchild
(SS) Stepsibling
(OF) Other Family Member
(AQ) Acquaintance
(FR) Friend
(NE) Neighbor
(BE) Babysittee (baby)
(BG) Boyfriend/Girlfriend
(CF) Child of Boyfriend/Girlfriend
(HR) Homosexual Relationship
(XS) Ex-Spouse
(EE) Employee
(ER) Employer
(OK) Otherwise Known
(RU) Relationship Unknown
(ST) Stranger
(VO) Victim was Offender

**AGGRAVATED ASSAULT/HOMICIDE CIRCUMSTANCES**

**Aggravated Assault/Murder:** (max. 2)
☐ (01) Argument
☐ (02) Assault On Law Enf. Officer
☐ (03) Drug Dealing
☐ (04) Gangland
☐ (05) Juvenile Gang
☐ (06) Lover's Quarrel
☐ (07) Mercy Killing
☐ (08) Other Felony Involved
☐ (09) Other Circumstances
☐ (10) Unknown Circumstances

**Negligent Manslaughter:** (enter 1)
☐ (30) Child Playing With Weapon
☐ (31) Gun-Cleaning Accident
☐ (32) Hunting Accident
☐ (33) Other Negligent Weapon Handling
☐ (34) Other Negligent Killings

**Justifiable Homicide:** (enter 1)
☐ (20) Criminal Killed by Private Citizen
☐ (21) Criminal Killed by Police Officer

**ADDITIONAL JUSTIFIABLE HOMICIDE CIRC.:** (enter 1)
☐ (A) Criminal Attacked Police Officer
☐ (B) Criminal Attacked Fellow Police Officer
☐ (C) Criminal Attacked Civilian
☐ (D) Criminal Attempted Flight from a Crime
☐ (E) Criminal Killed in Commission of a Crime
☐ (F) Criminal Resisted Arrest
☐ (G) Unable to Determine/Not Enough Information

## ADM

| REPORT DATE | DAY | TIME (Military) | REPORTING OFFICER | CODE # | APPROVING SUPERVISOR | CODE # | DATE APPROVED |
|---|---|---|---|---|---|---|---|
| 08/03/2024 | Sat | 6:32 | Karl E. Sorrells | 1179 | Justin W. Cross | 0879 | 08/08/2024 |

# INCIDENT REPORT

**AD**

| PAGE # | DATE | INCIDENT NUMBER | ORI# ("B") | REPORTING OFFICER | CODE # | VICTIM NAME |
|---|---|---|---|---|---|---|
| 2 | 08/03/2024 | 2024061606 | AR0600300 | Karl E. Sorrells | 1179 | FONSECA, PARIS |

**OFFENDER / ARRESTEE**

| ARRESTEE # | NAME Last, First, Middle | AKA |
|---|---|---|
| | TAYLOR, DOMINIQUE D | DOMENEQUE |

| OFFENDER # | RESIDENT ADDRESS Street, City, State | Zip | DATE OF BIRTH |
|---|---|---|---|
| 1 | 13111 W MARKHAM ST, #84, LITTLE ROCK, AR | 72211 | 02/04/1987 |

| RESIDENT PHONE | EMPLOYMENT/SCHOOL PHONE | DRIVER'S LICENSE | DR. LI. STATE | SSN |
|---|---|---|---|---|
| [redacted] | | [redacted] | [redacted] | |

| ARREST LOCATION | OCCUPATION | PLACE OF EMPLOYMENT | ARREST TYPE |
|---|---|---|---|
| | unemployed | | ☐ (O) On View Arrest ☐ (S) Summons/Cited ☐ (T) Taken Into Cust. |

SEX: ☐ (M) Male ■ (F) Female ☐ (U) Unk.
ETHNIC: ☐ (H) Hispanic ■ (N) Nonhisp. ☐ (U) Unk.
RACE: ☐ (W) White ■ (B) Black ☐ (I) American Indian ☐ (A) Asian/Pacific Islander ☐ (U) Unknown
RES. STATUS: ☐ (R) Resident ■ (N) Nonres. ☐ (U) Unknown

AGE: EXACT AGE 37; AGE RANGE ___ to ___ ☐ (99) Over 98 Yrs. Old ☐ (00) Unknown

MULT. ARREST INDIC.: ☐ (M) Multiple ☐ (C) Count Arrestee ☐ (N) N/A

DISPOSITION OF JUVENILE: ☐ (H) Handled within Department. ☐ (R) Referred outside Department

WEAPONS AT ARREST: (Max. 2) (Place "A" in blank if automatic)
☐ (01) Unarmed ☐ (11) Firearm ☐ (12) Handgun ☐ (13) Rifle ☐ (14) Shotgun ☐ (15) Other Firearm ☐ (16) Illegal Cutting Instr. ☐ (17) Club / Blackjack / Brass Kn.

| UCR ARR. CODE | OFFENSE NAME | ARREST DATE | ARREST TRANSACT. |
|---|---|---|---|
| | | | # |

| HEIGHT | WEIGHT | BUILD | HAIR COLOR | HAIR STYLE | HAIR LENGTH | EYE COLOR | SKIN TONE |
|---|---|---|---|---|---|---|---|
| 5'01" | 250 | HVY - Heavy | BLK - Black | BRD - Braided | SRT - Short | BRO - Brown | DRK - Dark |

**OFFENDER / ARRESTEE**

| ARRESTEE # | NAME Last, First, Middle | AKA |
|---|---|---|
| 1 | TAYLOR, DOMINIQUE D | DOMENEQUE |

| OFFENDER # | RESIDENT ADDRESS Street, City, State | Zip | DATE OF BIRTH |
|---|---|---|---|
| | 13111 W MARKHAM ST, #84, LITTLE ROCK, AR | 72211 | 02/04/1987 |

| RESIDENT PHONE | EMPLOYMENT/SCHOOL PHONE | DRIVER'S LICENSE | DR. LI. STATE | SSN |
|---|---|---|---|---|
| [redacted] | | [redacted] | [redacted] | |

| ARREST LOCATION | OCCUPATION | PLACE OF EMPLOYMENT | ARREST TYPE |
|---|---|---|---|
| C - I40 N to city limits, Ridge | unemployed | | ■ (O) On View Arrest ☐ (S) Summons/Cited ☐ (T) Taken Into Cust. |

SEX: ☐ (M) Male ■ (F) Female ☐ (U) Unk.
ETHNIC: ☐ (H) Hispanic ■ (N) Nonhisp. ☐ (U) Unk.
RACE: ☐ (W) White ■ (B) Black ☐ (I) American Indian ☐ (A) Asian/Pacific Islander ☐ (U) Unknown
RES. STATUS: ☐ (R) Resident ■ (N) Nonres. ☐ (U) Unknown

AGE: EXACT AGE 37; AGE RANGE ___ to ___ ☐ (99) Over 98 Yrs. Old ☐ (00) Unknown

MULT. ARREST INDIC.: ☐ (M) Multiple ☐ (C) Count Arrestee ■ (N) N/A

DISPOSITION OF JUVENILE: ☐ (H) Handled within Department. ☐ (R) Referred outside Department

WEAPONS AT ARREST: (Max. 2) (Place "A" in blank if automatic)
■ (01) Unarmed ☐ (11) Firearm ☐ (12) Handgun ☐ (13) Rifle ☐ (14) Shotgun ☐ (15) Other Firearm ☐ (16) Illegal Cutting Instr. ☐ (17) Club / Blackjack / Brass Kn.

| UCR ARR. CODE | OFFENSE NAME | ARREST DATE | ARREST TRANSACT. |
|---|---|---|---|
| 90Z | Violation of No Contact Order | 8/3/2024 | # 2024061606 |

| HEIGHT | WEIGHT | BUILD | HAIR COLOR | HAIR STYLE | HAIR LENGTH | EYE COLOR | SKIN TONE |
|---|---|---|---|---|---|---|---|
| 5'01" | 250 | HVY - Heavy | BLK - Black | BRD - Braided | SRT - Short | BRO - Brown | DRK - Dark |

**SUBJECT DESCRIPTORS**

OFFENDER #1: Last, First, Middle
TAYLOR, DOMINIQUE D

| FEATURE | LOCATION | BODY PART | FEATURE DESCRIPTION |
|---|---|---|---|
| Tattoo | Right | Arm | |

ARRESTEE #1: Last, First, Middle
TAYLOR, DOMINIQUE D

| FEATURE | LOCATION | BODY PART | FEATURE DESCRIPTION |
|---|---|---|---|
| Tattoo | Right | Arm | |

# INCIDENT REPORT

**HEAD**

| PAGE # | DATE | INCIDENT # | REPORTING OFFICER | CODE # | VICTIM NAME |
|---|---|---|---|---|---|
| 3 | 08/03/2024 | 2024061606 | Karl E. Sorrells | 1179 | FONSECA, PARIS |

**VEHICLE**

| YEAR | MAKE | MODEL | STYLE | VIN | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|
| | | | | | | |

OWNER'S NAME | ADDRESS

TOP/SOLID COLOR | SECOND COLOR | DISPOSITION OF RECOVERY: ☐ (I) Impounded ☐ (R) Released To Owner

**VEHICLE**

| YEAR | MAKE | MODEL | STYLE | VIN | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|
| | | | | | | |

OWNER'S NAME | ADDRESS

TOP/SOLID COLOR | SECOND COLOR | DISPOSITION OF RECOVERY: ☐ (I) Impounded ☐ (R) Released To Owner

**PROPERTY**

| OF. CODE | P. LOSS | P. DES. | QTY. | DESCRIPTION (include serial number, make, model, primary color) | OWNER | ITEM VALUE | RECOV. DATE |
|---|---|---|---|---|---|---|---|
| 290 | 4 | 29 | 1 | Shattered window | V1 | 250.00 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| TOTAL NUMBER VEHICLES STOLEN: | TOTAL NUMBER VEHICLES RECOVERED: | TOTAL VALUE STOLEN: | TOTAL VALUE RECOVERED: |
|---|---|---|---|
| | | | |

**PROPERTY CODES**

PROPERTY LOSS: (1) None (2) Burned (3) Counterfeited/Forged (4) Damaged/Destroyed/Vandalized (5) Recovered (6) Seized (7) Stolen, etc. (8) Unk.

PROPERTY DESCRIPTION:

(01) Aircraft
(02) Alcohol
(03) Automobiles
(04) Bicycles
(05) Buses
(06) Clothe/Furs
(07) Computer Hardware/Software
(08) Consumable Goods
(09) Credit/Debit Cards
(10) Drugs/Narcotics
(11) Drug/Narcotic Equipment
(12) Farm Equipment
(13) Firearms
(14) Gambling Equipment
(15) Heavy Construction/Industrial Equipment
(16) Household Goods
(17) Jewelry/Precious Metals/Gems
(18) Livestock
(19) Merchandise
(20) Money
(21) Negotiable Instruments
(22) Nonnegotiable Instruments
(23) Office-Type Equipment
(24) Other Motor Vehicles
(25) Purses/Handbags/Wallets
(26) Radios/TVs/VCRs/DVD Players
(27) Recordings-Audio/Visual
(28) Recreational Vehicles
(29) Structures-Single Occupancy
(30) Structures-Other Dwellings
(31) Structures-Commercial/Business
(32) Structures-Industrial/Manufacturing
(33) Structures-Public/Community
(34) Structures-Storage
(35) Structures-Other
(36) Tools
(37) Trucks
(38) Vehicle Parts/Accessories
(39) Watercraft
(41) Aircraft Parts/Accessories
(42) Artistic Supplies/Accessories
(43) Building Materials
(44) Camping/Hunting/Fishing Equipment/Supplies
(45) Chemicals
(46) Collections/Collectibles
(47) Crops
(48) Documents/Personal or Business
(49) Explosives
(59) Firearm Accessories
(64) Fuel
(65) Identity Documents
(66) Identity - Intangible
(67) Law Enforcement Equipment
(68) Lawn/Yard/Garden Equipment
(69) Logging Equipment
(70) Medical/Medical Lab Equipment
(71) Metals, Non-Precious
(72) Musical Instruments
(73) Pets
(74) Photographic/Optical Equipment
(75) Portable Electronic Communications
(76) Recreational/Sports Equipment
(77) Other
(78) Trailers
(79) Watercraft Equipment/Parts/Accessories
(80) Weapons - Other
(88) Pending Inventory (of Property)

**DRUG INFO.**

| DRUG TYPE | WHOLE DRUG QUANTITY | FRACTIONAL DRUG QUANTITY | DRUG MEASUREMENT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

DRUG TYPE:

(A) "Crack" Cocaine
(B) Cocaine
(C) Hashish
(D) Heroin
(E) Marijuana
(F) Morphine
(G) Opium
(H) Other Narcotics
(I) LSD
(J) PSP
(K) Other Hallucinogens
(L) Amphetamines/Methamphetamines
(M) Other Stimulants
(N) Barbiturates
(O) Other Depressants
(P) Other Drugs
(U) Unknown Type Drug
(X) Over 3 Drug Types

TYPE DRUG MEASUREMENT:

WEIGHT
(GM) Gram
(KG) Kilogram
(OZ) Ounce
(LB) Pound

CAPACITY
(ML) Milliliter
(LT) Liter
(FO) Fluid Ounce
(GL) Gallon

UNITS
(DU) Dosage Unit (Pills, etc.)
(NP) Number of Plants

**COMPLNT.**

NAME: Last, First, Middle

SEX: ☐ (M) Male ☐ (F) Female ☐ (U) Unk.

AGE: ________ ☐ (00) Unknown

RACE: ☐ (W) White ☐ (B) Black ☐ (I) American Indian ☐ (A) Asian/Pacific Islander ☐ (U) Unknown

RESIDENT ADDRESS: Street City State Zip

RESIDENT PHONE | EMPLOY'T. PHONE

# CONTINUATION PAGE

| PAGE # | DATE | INCIDENT # | REPORTING OFFICER | CODE # | VICTIM NAME |
|---|---|---|---|---|---|
| 6 | 08/03/2024 | 2024061606 | Karl E. Sorrells | 1179 | FONSECA, PARIS |

## Offense(s)

| OFFENSE # | UCR CODE | OFFENSE STATUS: | OFFENDER USED: | Burglary (220) Location 14&19: | FORCED ENTRY? |
|---|---|---|---|---|---|
| 2 | 90Z | ☐ (A) Attempted ■ (C) Completed | ☐ (N) Not Applicable ☐ (A) Alcohol ☐ (C) Cptr. Equip. ☐ (D) Drugs | # PREMISES ENTERED? | ☐ Yes ☐ No |

| STATUTE | OFFENSE DESCRIPTION | ADDRESS OF OFFENSE |
|---|---|---|
| 5-54-103 | RESISTING/REFUSALTO SUBMIT TO ARREST | 3801 MCCAIN PARK DR, AM, NLR, AR 72116 |

**LOCATION CODE** (Enter 1)

☐ (01) Air/Bus/Train Terminal
☐ (02) Bank/Savings & Loan
☐ (03) Bar/Night Club
☐ (04) Church/Synagogue/Temple/Mosque
☐ (05) Commercial/Office Building
☐ (06) Construction Site
☐ (07) Convenience Store
☐ (08) Department/Discount Store
☐ (09) Drug Store/Doctor's Office/Hospital
☐ (10) Field/Woods
☐ (11) Government/Public Building
☐ (12) Grocery/Supermarket
☐ (13) Highway/Road/Alley/Street/Sidewalk
☐ (14) Hotel/Motel/Etc.
☐ (15) Jail/Prison/Penitentiary/Corrections Facility
☐ (16) Lake/Waterway/Beach
☐ (17) Liquor Store
☐ (18) Parking Lot/Drop Lot/Garage
☐ (19) Rental/Storage Facility
■ (20) Residence/Home
☐ (21) Restaurant
☐ (23) Service/Gas Station
☐ (24) Specialty Store
☐ (25) Other/Unknown
☐ (37) Abandoned/Condemned Structure
☐ (38) Amusement Park
☐ (39) Arena/Stadium/Fairgrounds/Coliseum
☐ (40) ATM Separate From Bank
☐ (41) Auto Dealership New/Used
☐ (42) Camp/Campground
☐ (44) Daycare Facility
☐ (45) Dock/Wharf/Freight/Modal Terminal
☐ (46) Farm Facility
☐ (47) Gambling Facility/Casino/Race Track
☐ (48) Industrial Site
☐ (49) Military Installation
☐ (50) Park/Playground
☐ (51) Rest Area
☐ (52) School - College/University
☐ (53) School - Elementary/Secondary
☐ (54) Shelter - Mission/Homeless
☐ (55) Shopping Mall
☐ (56) Tribal Lands
☐ (57) Community Center

**WEAPON FORCE:** (Max. 3)
*(For 11-15, place "A" in space next to box if weapon was an Automatic.)*

___ ☐ (11) Firearm (Type not stated)
___ ☐ (12) Handgun
___ ☐ (13) Rifle
___ ☐ (14) Shotgun
___ ☐ (15) Other Firearm
☐ (20) Knife/Cutting Instru. (Ax, etc.)
☐ (30) Blunt Object (Club, etc.)
☐ (35) Motor Vehicle (As weapon)
☐ (40) Personal Weapons (Hands, etc.)
☐ (50) Poison
☐ (60) Explosives
☐ (65) Fire/Incendiary Device
☐ (70) Narcotics/Drugs/Sleeping Pills
☐ (85) Asphyxiation
☐ (90) Other
☐ (95) Unknown
☐ (99) None

**TYPE CRIMINAL ACTIVITY:** (Max. 3)

☐ (B) Buying
☐ (C) Cultivate/Manufacture/Publish
☐ (D) Distributing/Selling
☐ (E) Exploiting Children
☐ (O) Operating/Promoting/Assisting
☐ (P) Possessing/Concealing
☐ (T) Transport/Transmit/Import
☐ (U) Using/Consuming

**TYPE GANG ACTIVITY:** (Max. 3)

☐ (G) Other Gang
☐ (J) Juvenile Gang
☐ (N) None/Unknown

**BIAS MOTIVATED CRIME:**
None (No Bias)

| OFFENSE # | UCR CODE | OFFENSE STATUS: | OFFENDER USED: | Burglary (220) Location 14&19: | FORCED ENTRY? |
|---|---|---|---|---|---|
| 3 | 13B | ☐ (A) Attempted ■ (C) Completed | ☐ (N) Not Applicable ■ (A) Alcohol ☐ (C) Cptr. Equip. ☐ (D) Drugs | # PREMISES ENTERED? | ☐ Yes ☐ No |

| STATUTE | OFFENSE DESCRIPTION | ADDRESS OF OFFENSE |
|---|---|---|
| 5-13-206 | ASSAULT 2ND DEG RECKLESS COND RISK OF PHY | 3801 MCCAIN PARK DR, AM, NLR, AR 72116 |

**LOCATION CODE** (Enter 1)

☐ (01) Air/Bus/Train Terminal
☐ (02) Bank/Savings & Loan
☐ (03) Bar/Night Club
☐ (04) Church/Synagogue/Temple/Mosque
☐ (05) Commercial/Office Building
☐ (06) Construction Site
☐ (07) Convenience Store
☐ (08) Department/Discount Store
☐ (09) Drug Store/Doctor's Office/Hospital
☐ (10) Field/Woods
☐ (11) Government/Public Building
☐ (12) Grocery/Supermarket
☐ (13) Highway/Road/Alley/Street/Sidewalk
☐ (14) Hotel/Motel/Etc.
☐ (15) Jail/Prison/Penitentiary/Corrections Facility
☐ (16) Lake/Waterway/Beach
☐ (17) Liquor Store
☐ (18) Parking Lot/Drop Lot/Garage
☐ (19) Rental/Storage Facility
■ (20) Residence/Home
☐ (21) Restaurant
☐ (23) Service/Gas Station
☐ (24) Specialty Store
☐ (25) Other/Unknown
☐ (37) Abandoned/Condemned Structure
☐ (38) Amusement Park
☐ (39) Arena/Stadium/Fairgrounds/Coliseum
☐ (40) ATM Separate From Bank
☐ (41) Auto Dealership New/Used
☐ (42) Camp/Campground
☐ (44) Daycare Facility
☐ (45) Dock/Wharf/Freight/Modal Terminal
☐ (46) Farm Facility
☐ (47) Gambling Facility/Casino/Race Track
☐ (48) Industrial Site
☐ (49) Military Installation
☐ (50) Park/Playground
☐ (51) Rest Area
☐ (52) School - College/University
☐ (53) School - Elementary/Secondary
☐ (54) Shelter - Mission/Homeless
☐ (55) Shopping Mall
☐ (56) Tribal Lands
☐ (57) Community Center

**WEAPON FORCE:** (Max. 3)
*(For 11-15, place "A" in space next to box if weapon was an Automatic.)*

___ ☐ (11) Firearm (Type not stated)
___ ☐ (12) Handgun
___ ☐ (13) Rifle
___ ☐ (14) Shotgun
___ ☐ (15) Other Firearm
☐ (20) Knife/Cutting Instru. (Ax, etc.)
☐ (30) Blunt Object (Club, etc.)
☐ (35) Motor Vehicle (As weapon)
■ (40) Personal Weapons (Hands, etc.)
☐ (50) Poison
☐ (60) Explosives
☐ (65) Fire/Incendiary Device
☐ (70) Narcotics/Drugs/Sleeping Pills
☐ (85) Asphyxiation
☐ (90) Other
☐ (95) Unknown
☐ (99) None

**TYPE CRIMINAL ACTIVITY:** (Max. 3)

☐ (B) Buying
☐ (C) Cultivate/Manufacture/Publish
☐ (D) Distributing/Selling
☐ (E) Exploiting Children
☐ (O) Operating/Promoting/Assisting
☐ (P) Possessing/Concealing
☐ (T) Transport/Transmit/Import
☐ (U) Using/Consuming

**TYPE GANG ACTIVITY:** (Max. 3)

☐ (G) Other Gang
☐ (J) Juvenile Gang
☐ (N) None/Unknown

**BIAS MOTIVATED CRIME:**
None (No Bias)

# CONTINUATION PAGE

| PAGE # | DATE | INCIDENT # | REPORTING OFFICER | CODE # | VICTIM NAME |
|---|---|---|---|---|---|
| 7 | 08/03/2024 | 2024061606 | Karl E. Sorrells | 1179 | FONSECA, PARIS |

## Offense(s)

| OFFENSE # | UCR CODE | OFFENSE STATUS: | OFFENDER USED: [ ] (N) Not Applicable | Burglary (220) Location 14&19: # PREMISES ENTERED? | FORCED ENTRY? |
|---|---|---|---|---|---|
| 4 | 290 | [ ] (A) Attempted [x] (C) Completed | [x] (A) Alcohol [ ] (C) Cptr. Equip. [ ] (D) Drugs | | [ ] Yes [ ] No |

| STATUTE | OFFENSE DESCRIPTION | ADDRESS OF OFFENSE |
|---|---|---|
| 5-38-204 | CRIMINAL MISCHIEF 2ND DEGREE | 3801 MCCAIN PARK DR, AM, NLR, AR 72116 |

**LOCATION CODE** (Enter 1)

[ ] (01) Air/Bus/Train Terminal
[ ] (02) Bank/Savings & Loan
[ ] (03) Bar/Night Club
[ ] (04) Church/Synagogue/Temple/Mosque
[ ] (05) Commercial/Office Building
[ ] (06) Construction Site
[ ] (07) Convenience Store
[ ] (08) Department/Discount Store
[ ] (09) Drug Store/Doctor's Office/Hospital
[ ] (10) Field/Woods
[ ] (11) Government/Public Building
[ ] (12) Grocery/Supermarket
[ ] (13) Highway/Road/Alley/Street/Sidewalk
[ ] (14) Hotel/Motel/Etc.
[ ] (15) Jail/Prison/Penitentiary/Corrections Facility
[ ] (16) Lake/Waterway/Beach
[ ] (17) Liquor Store
[ ] (18) Parking Lot/Drop Lot/Garage
[ ] (19) Rental/Storage Facility
[x] (20) Residence/Home
[ ] (21) Restaurant
[ ] (23) Service/Gas Station
[ ] (24) Specialty Store
[ ] (25) Other/Unknown
[ ] (37) Abandoned/Condemned Structure
[ ] (38) Amusement Park
[ ] (39) Arena/Stadium/Fairgrounds/Coliseum
[ ] (40) ATM Separate From Bank
[ ] (41) Auto Dealership New/Used
[ ] (42) Camp/Campground
[ ] (44) Daycare Facility
[ ] (45) Dock/Wharf/Freight/Modal Terminal
[ ] (46) Farm Facility
[ ] (47) Gambling Facility/Casino/Race Track
[ ] (48) Industrial Site
[ ] (49) Military Installation
[ ] (50) Park/Playground
[ ] (51) Rest Area
[ ] (52) School - College/University
[ ] (53) School - Elementary/Secondary
[ ] (54) Shelter - Mission/Homeless
[ ] (55) Shopping Mall
[ ] (56) Tribal Lands
[ ] (57) Community Center

**WEAPON FORCE:** (Max. 3)
*(For 11-15, place "A" in space next to box if weapon was an Automatic.)*

___ [ ] (11) Firearm (Type not stated)
___ [ ] (12) Handgun
___ [ ] (13) Rifle
___ [ ] (14) Shotgun
___ [ ] (15) Other Firearm
[ ] (90) Other
[ ] (95) Unknown
[ ] (99) None
[ ] (20) Knife/Cutting Instru. (Ax, etc.)
[ ] (30) Blunt Object (Club, etc.)
[ ] (35) Motor Vehicle (As weapon)
[ ] (40) Personal Weapons (Hands, etc.)
[ ] (50) Poison
[ ] (60) Explosives
[ ] (65) Fire/Incendiary Device
[ ] (70) Narcotics/Drugs/Sleeping Pills
[ ] (85) Asphyxiation

**TYPE CRIMINAL ACTIVITY:** (Max. 3)

[ ] (B) Buying
[ ] (C) Cultivate/Manufacture/Publish
[ ] (D) Distributing/Selling
[ ] (E) Exploiting Children
[ ] (O) Operating/Promoting/Assisting
[ ] (P) Possessing/Concealing
[ ] (T) Transport/Transmit/Import
[ ] (U) Using/Consuming

**TYPE GANG ACTIVITY:** (Max. 3)

[ ] (G) Other Gang
[ ] (J) Juvenile Gang
[ ] (N) None/Unknown

**BIAS MOTIVATED CRIME:**
None (No Bias)

## Victim(s)

| VICTIM # | NAME: Last, First, Middle | SOC. SEC. NO. | DRIVER'S LICENSE | DR. LI. STATE | DATE OF BIRTH |
|---|---|---|---|---|---|
| 2 | SORRELLS, KARL ERIC | [redacted] | | [redacted] | [redacted] |

| RESIDENT ADDRESS: Street City State | ZIP |
|---|---|
| 1 JUSTICE CENTER DR, NLR, AR | 72114 |

| OCCUPATION | RESIDENT PHONE |
|---|---|
| Police Officer | [redacted] |

| EMPLOYMENT PHONE | SEX: |
|---|---|
| (501) 771-7117 | [x] (M) Male [ ] (F) Female [ ] (U) Unknown |

**ETHNIC:** [ ] (H) Hispanic [x] (N) Nonhispanic [ ] (U) Unknown

**AGE:** Exact Age 57
Range ___/___
[ ] (NN) Under 24 Hrs. Old
[ ] (NB) 1-6 Days Old
[ ] (BB) 7-364 Days Old
[ ] (99) Over 98 Yrs. Old
[ ] (00) Unknown

**RACE:** [x] (W) White [ ] (I) American Indian [ ] (U) Unknown [ ] (B) Black [ ] (A) Asian/Pacific Islander

**RES. STATUS:** [x] (R) Resident [ ] (N) Nonresident [ ] (U) Unknown

**VICTIM TYPE:** [ ] (I) Individual [ ] (B) Business [ ] (F) Financial Institution [ ] (U) Unknown [ ] (G) Government [ ] (R) Religious [ ] (S) Society/Public [ ] (O) Other

**VICTIM INJURY:** (Max. 5)
[x] (N) None
[ ] (B) Apparent Broken Bones
[ ] (I) Possible Internal Injury
[ ] (L) Severe Laceration
[ ] (M) Apparent Minor Injury
[ ] (O) Other Major Injury
[ ] (T) Loss of Teeth
[ ] (U) Unconsciousness

**THIS VICTIM RELATED TO WHICH OFFENSES?**
[ ] #1 [ ] #2 [x] #3 [ ] #4 [ ] #5 [ ] #6 [ ] #7 [ ] #8 [ ] #9 [ ] #10 others: ___

**AGGRAVATED ASSAULT/HOMICIDE CIRCUMSTANCES**

**Aggravated Assault/Murder:** (max. 2)
[ ] (01) Argument
[ ] (02) Assault On Law Enf. Officer
[ ] (03) Drug Dealing
[ ] (04) Gangland
[ ] (05) Juvenile Gang
[ ] (06) Lover's Quarrel
[ ] (07) Mercy Killing
[ ] (08) Other Felony Involved
[ ] (09) Other Circumstances
[ ] (10) Unknown Circumstances

**Negligent Manslaughter:** (enter 1)
[ ] (30) Child Playing With Weapon
[ ] (31) Gun-Cleaning Accident
[ ] (32) Hunting Accident
[ ] (33) Other Negligent Weapon Handling
[ ] (34) Other Negligent Killings

**Justifiable Homicide:** (enter 1)
[ ] (20) Criminal Killed by Private Citizen
[ ] (21) Criminal Killed by Police Officer

**RELATIONSHIP OF THIS VICTIM TO OFFENDERS**
*(check relationship under appropriate offender number):*

Columns #1 #2 #3 #4 #5 #6 #7 #8 #9 #10 — VICTIM WAS:
(SE) Spouse
(CS) Common-Law Spouse
(PA) Parent
(SB) Sibling
(CH) Child
(GP) Grandparent
(GC) Grandchild
(IL) In-Law
(SP) Stepparent
(SC) Stepchild
(SS) Stepsibling
(OF) Other Family Member
(AQ) Acquaintance
(FR) Friend
(NE) Neighbor
(BE) Babysittee (baby)
(BG) Boyfriend/Girlfriend
(CF) Child of Boyfriend/Girlfriend
(HR) Homosexual Relationship
(XS) Ex-Spouse
(EE) Employee
(ER) Employer
[x] #1 (OK) Otherwise Known
(RU) Relationship Unknown
(ST) Stranger
(VO) Victim was Offender

**ADDITIONAL JUSTIFIABLE HOMICIDE CIRC.:** (enter 1)
[ ] (A) Criminal Attacked Police Officer
[ ] (B) Criminal Attacked Fellow Police Officer
[ ] (C) Criminal Attacked Civilian
[ ] (D) Criminal Attempted Flight from a Crime
[ ] (E) Criminal Killed in Commission of a Crime
[ ] (F) Criminal Resisted Arrest
[ ] (G) Unable to Determine/Not Enough Information

## CONTINUATION PAGE

| PAGE # | DATE | INCIDENT # | REPORTING OFFICER | CODE # | VICTIM NAME |
|---|---|---|---|---|---|
| 8 | 08/03/2024 | 2024061606 | Karl E. Sorrells | 1179 | FONSECA, PARIS |

## Victim(s)

| VICTIM # | NAME: Last, First, Middle | SOC. SEC. NO. | DRIVER'S LICENSE | DR. LI. STATE | DATE OF BIRTH |
|---|---|---|---|---|---|
| 3 | City of North Little Rock | | | | |

RESIDENT ADDRESS: Street City State ZIP

OCCUPATION

RESIDENT PHONE

EMPLOYMENT PHONE

SEX: [ ] (M) Male [ ] (F) Female [ ] (U) Unknown

ETHNIC: [ ] (H) Hispanic [ ] (N) Nonhispanic [ ] (U) Unknown

RACE: [ ] (W) White [ ] (I) American Indian [ ] (U) Unknown [ ] (B) Black [ ] (A) Asian/Pacific Islander

RES. STATUS: [ ] (R) Resident [ ] (N) Nonresident [ ] (U) Unknown

AGE: Exact Age ____ Range ___/___
[ ] (NN) Under 24 Hrs. Old
[ ] (NB) 1-6 Days Old
[ ] (BB) 7-364 Days Old
[ ] (99) Over 98 Yrs. Old
[ ] (00) Unknown

VICTIM TYPE: [ ] (I) Individual [ ] (B) Business [ ] (F) Financial Institution [ ] (U) Unknown [ ] (G) Government [ ] (R) Religious [X] (S) Society/Public [ ] (O) Other

VICTIM INJURY: (Max. 5)
[ ] (N) None
[ ] (B) Apparent Broken Bones
[ ] (I) Possible Internal Injury
[ ] (L) Severe Laceration
[ ] (M) Apparent Minor Injury
[ ] (O) Other Major Injury
[ ] (T) Loss of Teeth
[ ] (U) Unconciousness

THIS VICTIM RELATED TO WHICH OFFENSES?
[ ] #1 [X] #2 [ ] #3 [ ] #4 [ ] #5 [ ] #6 [ ] #7 [ ] #8 [ ] #9 [ ] #10 others: ____

AGGRAVATED ASSAULT/HOMICIDE CIRCUMSTANCES

Aggravated Assault/Murder: (max. 2)
[ ] (01) Argument
[ ] (02) Assault On Law Enf. Officer
[ ] (03) Drug Dealing
[ ] (04) Gangland
[ ] (05) Juvenile Gang
[ ] (06) Lover's Quarrel
[ ] (07) Mercy Killing
[ ] (08) Other Felony Involved
[ ] (09) Other Circumstances
[ ] (10) Unknown Circumstances

Negligent Manslaughter: (enter 1)
[ ] (30) Child Playing With Weapon
[ ] (31) Gun-Cleaning Accident
[ ] (32) Hunting Accident
[ ] (33) Other Negligent Weapon Handling
[ ] (34) Other Negligent Killings

Justifiable Homicide: (enter 1)
[ ] (20) Criminal Killed by Private Citizen
[ ] (21) Criminal Killed by Police Officer

RELATIONSHIP OF THIS VICTIM TO OFFENDERS
*(check relationship under appropriate offender number):*
#1 #2 #3 #4 #5 #6 #7 #8 #9 #10

VICTIM WAS:
[ ] (SE) Spouse
[ ] (CS) Common-Law Spouse
[ ] (PA) Parent
[ ] (SB) Sibling
[ ] (CH) Child
[ ] (GP) Grandparent
[ ] (GC) Grandchild
[ ] (IL) In-Law
[ ] (SP) Stepparent
[ ] (SC) Stepchild
[ ] (SS) Stepsibling
[ ] (OF) Other Family Member
[ ] (AQ) Acquaintance
[ ] (FR) Friend
[ ] (NE) Neighbor
[ ] (BE) Babysittee (baby)
[ ] (BG) Boyfriend/Girlfriend
[ ] (CF) Child of Boyfriend/Girlfriend
[ ] (HR) Homosexual Relationship
[ ] (XS) Ex-Spouse
[ ] (EE) Employee
[ ] (ER) Employer
[ ] (OK) Otherwise Known
[ ] (RU) Relationship Unknown
[ ] (ST) Stranger
[ ] (VO) Victim was Offender

ADDITIONAL JUSTIFIABLE HOMICIDE CIRC.: (enter 1)
[ ] (A) Criminal Attacked Police Officer
[ ] (B) Criminal Attacked Fellow Police Officer
[ ] (C) Criminal Attacked Civilian
[ ] (D) Criminal Attempted Flight from a Crime
[ ] (E) Criminal Killed in Commission of a Crime
[ ] (F) Criminal Resisted Arrest
[ ] (G) Unable to Determine/Not Enough Information

## Arrest Offense(s)

**Arrestee #1: TAYLOR, DOMINIQUE D**

| SEQ. | OFFENSE CODE | OFFENSE DESCRIPTION |
|---|---|---|
| 2 | 90Z | RESISTING/REFUSALTO SUBMIT TO ARREST |
| 3 | 13B | ASSAULT 2ND DEG RECKLESS COND RISK OF PHYSICAL INJ |
| 4 | 290 | CRIMINAL MISCHIEF 2ND DEGREE |

# INCIDENT REPORT

| PAGE # | DATE | INCIDENT NUMBER | REPORTING OFFICER | CODE # | VICTIM NAME |
|---|---|---|---|---|---|
| 4 | 08/03/2024 | 2024061606 | Karl E. Sorrells | 1179 | FONSECA, PARIS |

WITNESSES

| NAME: Last, First, Middle | SEX: ☐ (U) Unk ☐ (M) Male ☐ (F) Female | AGE: ☐ (00) Unknown | RACE: ☐ (U) Unk ☐ (W) White ☐ (B) Black ☐ (I) American Indian ☐ (A) Asian/Pacific Islander |
|---|---|---|---|
| RESIDENT ADDRESS: Street City State Zip | RESIDENT PHONE | EMPL. PHONE | |
| DATE OF BIRTH / SSN / OCCUPATION | PLACE OF EMPLOYMENT | | |

| NAME: Last, First, Middle | SEX: ☐ (U) Unk ☐ (M) Male ☐ (F) Female | AGE: ☐ (00) Unknown | RACE: ☐ (U) Unk ☐ (W) White ☐ (B) Black ☐ (I) American Indian ☐ (A) Asian/Pacific Islander |
|---|---|---|---|
| RESIDENT ADDRESS: Street City State Zip | RESIDENT PHONE | EMPL. PHONE | |
| DATE OF BIRTH / SSN / OCCUPATION | PLACE OF EMPLOYMENT | | |

NARRATIVE:

While on patrol, officers were dispatched to 3801 McCain Park on a call of a disturbance. We were told that someone had shattered the kitchen window and was trying to get in. Upon my arrival, I observed Taylor standing on the front porch. She had her head and upper torso inside the shattered window. She was yelling at the person inside the apartment. I told Taylor to come back out of the window. As she did this, I observed a large amount of blood on the ground and the window. Taylor had numerous cuts on her arms, and was bleeding. As she got out of the window, she attempted to push past me. I told her to get back. She was extremely argumentative and smelled strongly of intoxicants. She again approached and tried to push past me. I had to put my hand on her shoulder and push her back away from me. As I was telling her to stay put, she began saying that she hadn't done anything and that she was leaving. She again tried to push me out of the way. I told her she was under arrest. When I attempted to handcuff her, she pulled away from me. Officer Crowder and I had to hold her forcibly against the wall in order to get her handcuffed. MEMS was contacted and dispatched to tend to Taylor's injuries.

As MEMS attempted to tend to her injuries, I made contact with the caller (Canseca). She said that she was asleep when she heard a loud crash in her kitchen. She called 911. She then went into the front of her apartment and found Taylor in the window. She said that she has a No Contact Order on Taylor that was served around November of 2023. She has not had any contact with Taylor in over 5 months. On checking Taylor through ACIC/NCIC, it was found that she did have a No Contact Order against her that was served on 11-18-2023. Taylor also showed to have a warrant out of Maumelle for Domestic Battery. Taylor never made any physical contact with Canseca.

I took three photos:E1 the shattered window; E2 the shattered window and floor; E3 the kitchen floor and curtains. These have been attached to this report.

Taylor was argumentative and resistant to MEMS tending to her wounds. They were able to only place some temporary bandages on her hands. I then transported Taylor to the Baptist Health Springhill Emergency Room to have her wounds tended to. While there she became uncooperative and argumentative with the medical personnel. She repeatedly refused to answer any of their questions and refused to let them see her wounds. After an extremely lengthy period, they released her against medical advice due to her refusal. As we attempted to escort her back out of the emergency room and into my patrol unit, she stopped in the parking lot, and pulled away from me. I was able to grab her arm, only to have her pull away from me again and attempt to walk away from me. I then grabbed onto her and attempted to place her against my patrol unit. As I did this, she turned and kicked me twice on my right leg. Officer Crowder and I placed her onto the ground in order to prevent her from kicking me further. After a few moments, we were able to roll her back over onto her back and then placed her in a seated position. She was bleeding again. We asked the ER staff to come outside and tend to her wounds again. Taylor was extremely combative and kept screaming at

# INCIDENT REPORT NARRATIVE CONTINUATION

| PAGE # | DATE | INCIDENT NUMBER | REPORTING OFFICER | CODE # | VICTIM NAME |
|---|---|---|---|---|---|
| 5 | 08/03/2024 | 2024061606 | Karl E. Sorrells | 1179 | FONSECA, PARIS |

NARRATIVE:

us and trying to pull away from the nurse. We had the nurse place some gauze and compression rolls onto her arms and hands to stop any bleeding. Taylor again refused to allow any medical personnel to tend to her. We were able to get her up and placed into the back of my patrol unit. I then transported her to PCRDF. All along the way, she screamed, cursed, and [redacted] when she got out of jail. She was told that she was not allowed to go there, and that if she did, she would be arrested. She continued saying that she was going to go back and [redacted]. Fonseca signed and received a copy of the Crime Victim's Rights form. She was told to contact the police if Taylor made any other contact with her or if she came to the apartment.

While at the jail, the jail nursing staff stated they were not going to accept her because of the injuries. I then transported her back to the hospital, and attempted to convince her to allow them to tend to her wounds. She refused initially, but she eventually relented and allowed the medical staff to tend to her wounds. I had to remove her handcuffs in order to be treated. While waiting to be released, she began walking towards the exam room door. She was told to step back. She refused. I then stepped in between her and the door. She tried to push her way past me again. I told her to put her hands behind her back and attempted to handcuff her again. She was combative and pushed against me and refused to comply with my orders. I was able to get one handcuff on her wrist, when she attempted to pull away and move out the door. I then placed her on the ground and was able to her her handcuffed.

It took several officers to escort her out to my patrol unit where I tranpsorted her to PCRDF. All the while, she yelled threats that she was going back to [redacted] and [redacted] acts on her. She also said that she was going to "turn into a [redacted].

She was then accepted by the nursing staff at PCRDF.

Unit #2219

My recording was activated during this incident.

Exhibit Two

# NLR Public Safety
## Address1 NLR , AR Zip

Call Taker
05 SDCRAMER-1567

CFS Report
CFS # - 2024041783

## Base Information

**Call When** 05/29/2024 22:02:29 **Create When** 05/29/2024 22:04:42 **Close When** 05/29/2024 22:55:15 **Disposition** HBO

**Priority** Immediate Dispatch **Alarm** 1 **Disciplines** L **Assigned Disciplines** L **Assigned Disciplines NP** L

**CallType** 9140 DISTURBANCE-ALTERCATION **EDL** **FDL** **LDL** **Primary Unit** C43-N

## Location of Occurrence

**Address** 3801 MCCAIN PARK DR AM, NLR **Zip** **County**

**Landmark** **ESN** 121 **Map Grid**

**EMS/Rescue** EMS - NLRFD **Fire** NLRFD **Law** NLRPD

**Area** C **District** 53 **EMS Tract** **Fire Tract** X

**Grid** C32 **Law Tract** 3 **Report Tract** C **Work Area** PHILLIPS

**Cross Street High** BURROW DR **Cross Street Low** WARDEN RD

**From-To Directions**

## Caller

**Address** [redacted] **Landmark**

**Name** [redacted] **Caller Phone** [redacted] **How Received** 911

## Agency Defined

**Interpreting Service**

## Dispositions

| Disposition | Assigned When | User | InActive | While Closed |
|---|---|---|---|---|
| HBO | 05/29/2024 22:55:15 | JBBUCK | ☐ | ☐ |

## Call Types

| Call Type | Assigned When | User | Assigned While Closed | InActive |
|---|---|---|---|---|
| 9140 DISTURBANCE- ALTERCATION | 05/29/2024 22:04:42 | SDCRAMER | ☐ | ☐ |

## Unit Times

| Unit | Department | Unit Type | When | Status \| Notes | User |
|---|---|---|---|---|---|
| C43-N (Flippin, Randy D) | NORTH LITTLE ROCK POLICE DEPARTMENT | Officer | 05/29/2024 22:05:41 | DISPATCHED | JBDAVENPORT |
| C38-N (Dorrell, Dennis C) | NORTH LITTLE ROCK POLICE DEPARTMENT | Officer | 05/29/2024 22:05:41 | DISPATCHED | JBDAVENPORT |
| C38-N (Dorrell, Dennis C) | NORTH LITTLE ROCK POLICE DEPARTMENT | Officer | 05/29/2024 22:11:13 | ONSCENE | JBBUCK |
| C43-N (Flippin, Randy D) | NORTH LITTLE ROCK POLICE DEPARTMENT | Officer | 05/29/2024 22:13:57 | ONSCENE | JBBUCK |

Call Taker
05 SDCRAMER-1567

# CFS Report
## CFS # - 2024041783

| | | | | | |
|---|---|---|---|---|---|
| C38-N (Dorrell, Dennis C) | NORTH LITTLE ROCK POLICE DEPARTMENT | Officer | 05/29/2024 22:32:40 | LEFT SCENE\|1000 MAIN ST LR 1014 | JBBUCK |
| C38-N (Dorrell, Dennis C) | NORTH LITTLE ROCK POLICE DEPARTMENT | Officer | 05/29/2024 22:40:55 | ARRIVE 2ND LOC\|1800 MAIN -LR | SDCRAMER |
| C43-N (Flippin, Randy D) | NORTH LITTLE ROCK POLICE DEPARTMENT | Officer | 05/29/2024 22:41:04 | CLEAR | SDCRAMER |
| C38-N (Dorrell, Dennis C) | NORTH LITTLE ROCK POLICE DEPARTMENT | Officer | 05/29/2024 22:47:17 | CLEAR\|Placing Unit On CFS 2024041792 | SDCRAMER |

## Incident Locations

**Address:** 3801 MCCAIN PARK DR AM, NLR **User:** SDCRAMER

**When:** 05/29/2024 22:04:42 **Latitude:** 34.7952877589586 **Longitude:** -92.2273902590011 **Source:** MapPoint **InActive:** ☐

## Caller Phones

| Caller Phone | When | User | Caller Phone | When | User |
|---|---|---|---|---|---|
| [redacted] | 05/29/2024 22:04:42 | SDCRAMER | | | |

## Caller Names

| Caller Name | When | User | Caller Name | When | User |
|---|---|---|---|---|---|
| [redacted] | 05/29/2024 22:04:42 | SDCRAMER | | | |

## [illegible] 05/29/2024 22:04:42 05/29/2024 22:04:42

CALLER ADV THERE IS A MALE SUBJ NAMED DOMONIQUE B/M BLK CLOTHING CAUSING A 914 AND REF TO LEAVE..NO WEAPONS/INTOX/400'S

## Notes

**JBBUCK 05/29/2024 22:33:08 E,F,L,R,O**

MILEAGE 478

Exhibit #3

ARCourts

# MUC-23-1982: STATE V DOMENIQUE DON'YANA TAYLOR

## Case Summary

Case Number
MUC-23-1982

Filing Date
12/08/2023

Court
PULASKI MAUMELLE

Case Type
CITY DOCKET TRAFFIC/CRIMINAL

Citation Number
23-1279-AR

Status
CASE CLOSED

## Case Participants

| Name | Type | Alias |
|---|---|---|
| STATE DISTRICT COURT JUDGE, MAUMELLE | JUDGE | BAILEY |
| TAYLOR, DOMENIQUE DON'YANA | DEFENDANT | TAYLOR, DOMENEQUE D,TAYLOR, DOMENEQUE DONYANNA |
| BROWNDERVILLE, SIDNEY | OFFICER | None |
| THORNTON, ANDREW PAUL | ATTORNEY | None |

This is not an official court record and should not be considered as such. For official court records, please contact the clerk of the court

## Case Events

| Date & Time | Event | Room | Location | Judge |
|---|---|---|---|---|
| 04/30/2024 @ 1:00PM | PLEA & ARRAIGNMENT | MAUMELLE DISTRICT COURT ROOM | MAUMELLE | STATE DISTRICT COURT JUDGE, MAUMELLE |
| 08/13/2024 @ 1:30PM | OTHER HEARING | MAUMELLE DISTRICT COURT ROOM | MAUMELLE | STATE DISTRICT COURT JUDGE, MAUMELLE |

## Offenses

| Charge | Offense - 11/18/2023 | Level | Statute |
|---|---|---|---|
| 1 | DOMESTIC BATTERY - 3RD DEGREE | CLASS A MISDEMEANOR | 5-26-305(b)(1) |

| Name | Citation # | Plea - 08/13/2024 | Disposition - 08/13/2024 |
|---|---|---|---|
| TAYLOR, DOMENIQUE DON'YANA | 23-1279-AR | NO PLEA | NOLLE PROSEQUI |

| Age At Offense | Offense Detail |
|---|---|
| 36 | None |

---

| Charge | Offense - 01/30/2024 | Level | Statute |
|---|---|---|---|
| 2 | FAIL TO APPEAR ON CLASS B MISDEMEANOR (FTA) | CLASS B MISDEMEANOR | 5-54-120(c)(4) (2015) |

| Name | Citation # | Plea - 08/13/2024 | Disposition - 08/13/2024 |
|---|---|---|---|
| TAYLOR, DOMENIQUE DON'YANA | None | NO PLEA | NOLLE PROSEQUI |

| Age At Offense | Offense Detail |
|---|---|
| 36 | None |

## Sentences

**No Sentences**

## Milestone Tracks

**No Milestones**

This is not an official court record and should not be considered as such. For official court records please contact the clerk of the court

## Docket Entries

| Filing Date | Description | Docket Detail | Name | Documents |
|---|---|---|---|---|
| 12/08/2023 @ 4:17PM | CRIMINAL CITATION FILED | None | BROWNDERVILLE, SIDNEY | None |
| 12/08/2023 @ 4:26PM | PLEA & ARRAIGNMENT SCHEDULED | None | None | None |
| 01/19/2024 @ 8:59AM | ENTRY OF APPEARANCE AND WAIVER | DEF PRO SE MOTION TO WAIVE APPEARANCE ENGP | TAYLOR, DOMENIQUE DON'YANA | None |
| 01/23/2024 @ 1:00PM | EVENT HELD | 1-23-24 PASS 1-30-24 | None | None |
| 01/26/2024 @ 8:49AM | PLEA & ARRAIGNMENT SCHEDULED | 01-30-24 DEF FTA | None | None |
| 01/30/2024 @ 1:00PM | EVENT HELD | 1-30-24 DEF FTA | None | None |
| 04/18/2024 @ 11:18AM | PLEA & ARRAIGNMENT SCHEDULED | None | None | None |
| 04/18/2024 @ 11:22AM | CLERK NOTE | FTA WRT SRVD 4-2-24 CITATION ISSUED | TAYLOR, DOMENIQUE DON'YANA | None |
| 08/13/2024 @ 9:59AM | OTHER HEARING SCHEDULED | None | None | None |

| Filing Date | Description | Docket Detail | Name | Documents |
|---|---|---|---|---|
| 08/13/2024 @ 1:30PM | JUDGE NOTE | 08-13-24 NOLLE PROSSED 5-26-305(b)(1) MA: DOMESTIC BATTERY - 3RD DEGREE; 5-54-120(c)(4) (2015) MB: FAIL TO APPEAR ON CLASS B MISDEMEANOR (FTA); DEF EGP TO 5-54-120(c)(4) (2015) MB: FAIL TO APPEAR ON CLASS B MISDEMEANOR (FTA). DEF HAS 10 DAYS JAIL CREDIT. CREDIT FOR TIME SERVED. TERMINATE THE NO CONTACT ORDER ON THE DOMESTIC BATTERY. | TAYLOR, DOMENIQUE DON'YANA | None |
| 08/26/2024 @ 1:40PM | CLERK NOTE | APPLIED 10 DAYS JAIL CREDIT FOR CREDIT TIME SERVED. | TAYLOR, DOMENIQUE DON'YANA | None |
| 08/26/2024 @ 1:41PM | CASE CLOSED | None | TAYLOR, DOMENIQUE DON'YANA | None |
| 10/16/2024 @ 10:47AM | RESPONSE TO PETITION | STATE'S OBJECTION TO DEFENDANTS PETITION TO SEAL. | THORNTON, ANDREW PAUL | None |
| 10/16/2024 @ 2:36PM | PETITION TO SEAL | PETITION TO SEAL ARREST UNDER ACT 1460 OF 2013. | TAYLOR, DOMENIQUE DON'YANA | None |

| Filing Date | Description | Docket Detail | Name | Documents |
|---|---|---|---|---|
| 10/16/2024 @ 2:36PM | PETITION TO SEAL | PETITION TO SEAL MISDEMEANORS UNDER ACT 1460 OF 2013. | TAYLOR, DOMENIQUE DON'YANA | None |
| 10/16/2024 @ 2:36PM | PETITION TO SEAL | PETITION TO SEAL RECORDS OF NOLLE PROSEQUI, DISMISSALS, JUDGMENTS OF ACQUITTAL, AND CHARGES NOT FILED UNDER ACT 1460 OF 2013. | TAYLOR, DOMENIQUE DON'YANA | None |
| 10/16/2024 @ 2:37PM | PETITION TO SEAL | PETITION TO SEAL MISDEMEANORS UNDER ACT 1460 OF 2013. | TAYLOR, DOMENIQUE DON'YANA | None |
| 10/18/2024 @ 12:00PM | REQUEST | REQUEST FOR HON. RITA BAILEY TO OVERULE THE STATE'S OBJECTION | TAYLOR, DOMENIQUE DON'YANA | None |
| 12/04/2024 @ 3:05PM | ORDER SEAL | ORDER TO SEAL AS TO THE CHARGE OF FAILURE TO APPEAR WITH A VIOLATION DATE OF 4/30/24 | None | None |
| 12/04/2024 @ 3:09PM | ORDER PETITION DENIED | ORDER DENYING IN PART DEFENDANT'S PETITION TO SEAL | None | None |

From Domeneque Taylor • domdontay87@gmail
.com

To Rbailey@maumelle.org
Andrew Thornton • andrew@maumelle.org
Michael McNeil • mmcneil@maumelle.org
Kathy Madden • Kmadden@maumelle.org

Date Jan 24, 2024, 12:15 PM

View security details

I am just trying to be responsible and do the adult thing. I do not have a ride to this court, I cannot walk all the way to this court. I have no way of stepping foot in this court. I have asked for a zoom appearance originally and requested it as early as possible. I am not being difficult but if a person has no ride no way of getting there then what are they supposed to do? Sit around and just be in trouble? I have the internet so I can appear on zoom even if I am the last person on the docket. Thats all I can do. The individual that has and had the transportation was Paris Fonseca. She is the one with the car. Not me. So what am I supposed to do? I'm doing everything I can.

---------- Forwarded message ---------
From: **Kathy Madden** <kmadden@maumelle.org>
Date: Wed, Jan 24, 2024 at 11:25 AM
Subject: RE: Defendant's Electronic Waiver of Personal

Reply all

Exhibit 4

Exhibit 5

**IN THE DISTRICT COURT OF Maumelle, ARKANSAS**

STATE OF ARKANSAS PLAINTIFF

vs. Case No. **23-1278-AR**

**FONSECA, PARIS SELENA** DEFENDANT

**CONDITION OF PROBATION/NO CONTACT**
**(DOMESTIC BATTERY)**

The Defendant having been arrested and charged with Domestic Battery, the Court has jurisdiction over this matter and hereby issues this Order of Protection/No Contact pursuant to The Domestic Abuse Act of 1991, Ark. Code Ann. § 9-15-101, et seq., as follows:

The Court Orders: (checked items shall apply)

- [x] The Defendant is ordered to have no contact with **TAYLOR, DOMENIQUE** (hereafter referred to as "VICTIM" ) either in person, by telephone, in writing or otherwise, either directly or through another party, and to stay at least **500** yards from the Victim, even if the Victim seems to allow or request contact.
- [x] The Defendant is ordered to IMMEDIATELY LEAVE AND STAY AWAY FROM THE VICTIM'S RESIDENCE/APARTMENT COMPLEX, located at: **100 PARK DRIVE 208 MAUMELLE AR 72113** , or any other location that Defendant may have resaon to know the victim may reside. The Court also ORDERS the Defendant not to shut off, or cause to be disconnected or discontinued, any utilities or mail delivery to the Victim, and not to interfere in any way with the Victim's right to possess that residence.
- [x] The Defendant shall stay away from the Victim's workplace and/or school.
- [ ] The Defendant may peacefully exercise those visitation rights lawfully authorized by a court of competent jurisdiction.
- [x] The defendant is ordered not to be in possession of any weapons, firearms, or ammunition for the duration of this Order.
- [ ] The Court finds that this matter is suitable for imposition of the Brady Disqualification (Lifetime Order).
- [ ] The Defendant must report to the Maumelle Probation office every ____________ during the pendency of this Order and provide such proof as may be required to establish compliance with this or other Court Orders.
- [ ] The Defendant is also ordered: Click here to enter text.

Violation of this Order shall constitute a violation of the conditions fo the release of the Defendant and of Ark. Code Ann. § 5-53-134, Violation of an Order of Protection and an immediate alias warrant will be issued for the Defendant's arrest.

Date: **11/18/2023**

[signature]
District Court Judge

By his/her signature below, Defendant acknowledges notice of and receipt of this Order of Protection/No Contact:

Defendant's Signature [signature] Date 11/18/23

Exhibit 6

## NLRDC-24-1762 TRIAL DOMENIQUE TAYLOR

**Case Description**

| | |
|---|---|
| **Case ID:** | MUC-23-1983 - STATE V PARIS SELENA FONSECA |
| **Filing Date:** | Friday , December 08th, 2023 |
| **Court:** | 60 - PULASKI |
| **Location:** | MU - MAUMELLE |
| **Type:** | C - CITY DOCKET TRAFFIC/CRIMINAL |
| **Status:** | CLOSED - CASE CLOSED |
| **Images:** | |

Filing Date for Fonseca's case 12/08/2023
Status: Closed?
Case: Muc-23-1983

**Violations**

FONSECA, PARIS SELENA

**Violation: 1** **Citation#** 23-1278-AR **Age at Violation** 27 **Plea**
**5-26-305(b)(1)** **DOMESTIC BATTERY - 3RD DEGREE; MA** **Disp**
**Level** MA CLASS A MISDEMEANOR
**Violation Date** 18-NOV-23
**Violation Time** 13 38 00

As of August 31, 2024 Fonseca's Case **does not** show there was an official disposition of "nolle prosequi" or plea entered in case MUC-23-1983.

| | | |
|---|---|---|
| Entry: | none | |
| Images | No Images | |
| 12/08/2023 04 32 PM | PLEA & ARRAIGNMENT SCHEDULED | |
| Entry: | none | |
| Images | No Images | |
| 02/14/2024 03 38 PM | ORDER NOLLE PROSEQUI | FONSECA PARIS SELENA |
| Entry: | ORDER NOLLE PROSEQUI NO CONTACT ORDER TERMINATED | |
| Images | No Images | |
| 02/14/2024 03 41 PM | CASE CLOSED | FONSECA PARIS SELENA |
| Entry: | none | |
| Images | No Images | |

12/08/2023- Fonseca's Plea and Arraignment

01/23/2024- (COURT DATE) No Entry of Court Appointed Appearance, No Events Held, No Waiver of Appearance and No Private Attorney Appearance for Fonseca in Case MUC-23-1983

02/14/2024- ?Entered Order NOLLE PROSEQUI NO CONTACT ORDER TERMINATED & CASE CLOSED W/O Defendant (FONSECA) making an appearance or an attorney entering an appearance for FONSECA in case

MUC-23-1983. Between December 08th, 2023 – February 14, 2024 there is no entry of appearance for Fonseca, There is NO JUDGE NOTE.

**Case Description**

| | |
|---|---|
| **Case ID:** | MUC-23-1982 - STATE V DOMENIQUE DON'YANA TAYLOR |
| **Filing Date:** | Friday , December 08th, 2023 |
| **Court:** | 60 - PULASKI |
| **Location:** | MU - MAUMELLE |
| **Type:** | C - CITY DOCKET TRAFFIC/CRIMINAL |
| **Status:** | CLOSED - CASE CLOSED |
| **Images:** | |

Filing Date for Taylor's case 12/08/2023
Status: Closed
Case: Muc-23-1982

**Violations**

TAYLOR, DOMENIQUE DON'YANA

**Violation: 1** **Citation#** 23-1279-AR **Age at Violation** 36 **Plea** 13-AUG-24 NO PLEA
**5-26-305(b)(1)** **DOMESTIC BATTERY - 3RD DEGREE; MA** **Disp** 13-AUG-24 NOLLE PROSEQUI
**Level** MA CLASS A MISDEMEANOR
**Violation Date** 18-NOV-23
**Violation Time** 13:00:00

As of August 13, 2024, Taylor shows an official disposition date, and plea for case MUC-23-1982

| | | |
|---|---|---|
| 12/08/2023 04:26 PM | PLEA & ARRAIGNMENT SCHEDULED | |
| **Entry:** | *none* | |
| **Images** | No Images | |
| 01/19/2024 08:59 AM | ENTRY OF APPEARANCE AND WAIVER | TAYLOR, DOMENIQUE DON'YANA |
| **Entry:** | DEF PRO SE MOTION TO WAIVE APPEARANCE ENGP | |
| **Images** | No Images | |
| 01/23/2024 01:00 PM | EVENT HELD | |
| **Entry:** | 1-23-24 PASS 1-30-24 | |
| **Images** | No Images | |

12/08/2023- Taylor's Plea and Arraignment

01/19/2024- Entry of Appearance and waiver for Taylor

01/23/2023- Event Held?

| | | | |
|---|---|---|---|
| 01/26/2024 08 49 AM | PLEA & ARRAIGNMENT SCHEDULED | | |
| Entry: | 01-30-24 DEF FTA | | |
| Images | No Images | | |
| 01/30/2024 01 00 PM | EVENT HELD | | |
| Entry: | 1-30-24 DEF FTA | | |
| Images | No Images | | |
| 04/18/2024 11 18 AM | PLEA & ARRAIGNMENT SCHEDULED | | |
| Entry: | *none* | | |
| Images | No Images | | |

01/26/2024- Plea and Arraignment for Taylor a 2nd time? (Def FTA 1/30/2024)

01/30/2024-Event Held for Taylor 2nd Time? (Def FTA 1/30/2024)

04/18/2024- Plea and Arraignment for a Taylor 3rd Time?

| | | | |
|---|---|---|---|
| 04/18/2024 11 18 AM | PLEA & ARRAIGNMENT SCHEDULED | | |
| Entry: | *none* | | |
| Images | No Images | | |
| 04/18/2024 11 22 AM | CLERK NOTE | TAYLOR DOMENIQUE DON'YANA | |
| Entry: | FTA WRT SRVD 4-2-24 CITATION ISSUED | | |
| Images | No Images | | |
| 08/13/2024 09 59 AM | OTHER HEARING SCHEDULED | | |
| Entry: | *none* | | |
| Images | No Images | | |

04/18/2024-Clerk Note/FTA WARRANT SERVED 4-2-24 CITATION ISSUED (So why did OFC. Sorrells claim in his report (2024-061606 Taylor had a warrant for Domestic Battery out of Maumelle?)

08/13/2024-Other Hearing Scheduled (Taylor Arrested 08/03/2024) was IN PCRDF CUSTODY on No Contact order Violation and Domestic Battery Warrant, Refusal To Submit to Arrest, Assault 2nd Degree, and Criminal Mischief by Ofc. K. Sorrells NLRPD Incident report 2024-061606)

| | | | |
|---|---|---|---|
| Images | No Images | | |
| 08/13/2024 01 30 PM | JUDGE NOTE | TAYLOR DOMENIQUE DON'YANA | |
| Entry: | 08-13-24 NOLLE PROSSED 5-26-305(b)(1) MA DOMESTIC BATTERY - 3RD DEGREE 5-54-120(c)(4) (2015) MB FAIL TO APPEAR ON CLASS B MISDEMEANOR (FTA) DEF EGP TO 5-54-120(c)(4) (2015) MB FAIL TO APPEAR ON CLASS B MISDEMEANOR (FTA) DEF HAS 10 DAYS JAIL CREDIT CREDIT FOR TIME SERVED TERMINATE THE NO CONTACT ORDER ON THE DOMESTIC BATTERY | | |
| Images | No Images | | |
| 08/26/2024 01 40 PM | CLERK NOTE | TAYLOR DOMENIQUE DON'YANA | |
| Entry: | APPLIED 10 DAYS JAIL CREDIT FOR CREDIT TIME SERVED | | |
| Images | No Images | | |
| 08/26/2024 01 41 PM | CASE CLOSED | TAYLOR, DOMENIQUE DON'YANA | |
| Entry: | *none* | | |
| Images | No Images | | |

| | | |
|---|---|---|
| Images | No Images | |
| 08/13/2024 01:30 PM | JUDGE NOTE | TAYLOR, DOMENIQUE DON'YANA |
| Entry: | 08-13-24 NOLLE PROSSED 5-26-305(b)(1) MA: DOMESTIC BATTERY - 3RD DEGREE; 5-54-120(c)(4) (2015) MB: FAIL TO APPEAR ON CLASS B MISDEMEANOR (FTA); DEF EGP TO 5-54-120(c)(4) (2015) MB: FAIL TO APPEAR ON CLASS B MISDEMEANOR (FTA). DEF HAS 10 DAYS JAIL CREDIT. CREDIT FOR TIME SERVED. TERMINATE THE NO CONTACT ORDER ON THE DOMESTIC BATTERY | |
| Images | No Images | |
| 08/26/2024 01:40 PM | CLERK NOTE | TAYLOR, DOMENIQUE DON'YANA |
| Entry: | APPLIED 10 DAYS JAIL CREDIT FOR CREDIT TIME SERVED | |
| Images | No Images | |
| 08/26/2024 01:41 PM | CASE CLOSED | TAYLOR, DOMENIQUE DON'YANA |
| Entry: | *none* | |
| Images | No Images | |

08/13/2024-JUDGE NOTE

Taylor is NOLLE PROSSED 5-26-305(b)(1) MA: DOMESTIC BATTERY - 3RD DEGREE; 5-54-120(c)(4) (2015) MB: FAIL TO APPEAR ON CLASS B MISDEMEANOR (FTA); DEF EGP TO 5-54-120(c)(4) (2015) MB: FAIL TO APPEAR ON CLASS B MISDEMEANOR (FTA). DEF HAS 10 DAYS JAIL CREDIT. CREDIT FOR TIME SERVED. TERMINATE THE NO CONTACT ORDER ON THE DOMESTIC BATTERY.

08/26/2024- clerk note- Applied 10days jail credit for time served/Case closed.

NLRDC -24-1762, MUC-23-1983, & MUC-23-1982

1. In case MUC-23-1982
   A. Fonseca DOES NOT have an official disposition entered by Hon. Rita Bailey or clerk notes.
   B. Fonseca did not show up to court on 01/23/2024
   C. Fonseca did not have an attorney to make an entry of appearance on her behalf according to court/clerk records NO FTA WAS GIVEN.
   D. Fonseca was nolle prossed on 02/14/2024, without making an appearance in person, having her appearance waived or having a court appointed attorney or private attorney make an appearance.
   E. Fonseca's no contact order shows it was terminated and her case closed without a judge or clerk note as early as 02/14/2024.
2. In case MUC-23-1982
   A. Taylor was given an official disposition of nolle prossed by Hon. Judge Rita Bailey on 08/13/2024 while she was in the custody of PCRDF, and after she was arrested FOR THE 3RD TIME on Andrew Thorton's case.
   B. Taylor sent a waiver of appearance via email to Clerk Kathy Madden in January 2024, requesting that her appearance is waived and that she be appointed a public defender.
   C. Taylor was given two failure to appears, and a warrant was issued after the appearance was waived.
   D. Taylor and Fonseca's no contact order's should have both shown terminated as early as 02/14/2024, neither party appeared in court on 01/23/2024.

A

**Andrew Thor...** Jan 2

to Kathy, Michael, ...

Kathy & Michael- I believe Ms Taylor's harassing emails and voice messages have got to the point requiring a show-cause In the most recent voice message she says "you bitch-ass motherfuckers at this court." (Timestamp 0:42) We have received over a dozen emails in the last two days. For the court's review, I've attached a proposed order to show cause on 1/30 at 1 PM. And for the record I have nothing to do with her leasing office issuing her a notice of lease violation. Than you

--

Andrew Thornton

Maumelle City Attorney

550 Edgewood Dr., Ste. 590

Maumelle, AR 72113

(501) 483-6655

andrew@maumelle.org

Andrew Thorton accused Ms. Taylor of sending "harassing emails" to him and his clerk Kathy Madden in January 2024, when Ms. Taylor exercised her FIRST AMENDMENT using profanity in pre-recorded voice message you had to "click and download". Ms. Taylor had only previously send them her request to waive her appearance. The second email was to inform the courts someone was contacting her front apartment office. Ms. Taylor's front apartment office was contacted by Fonseca and or Fonseca's Family and Friends accusing Ms. Taylor of "selling drugs and leaving children unattended" when Ms. Taylor started pursuing another love interest. Ms. Taylor does not have ANY children and she has never sold "drugs". When this individual contacted her front office it was the very same day of the court date in Maumelle, January 23, 2024.

When this event took place, Ms. Taylor contacted the court, and misdirected her anger, under the belief the prosecutor or members of the court made attempts to (put her in violation of her lease) to have her kicked out of her home because she DID NOT show up to court on January 23,2024. This belief was established because she and Fonseca both know Ms. Taylor does not have any children. Ms. Taylor believed she was the target of harassment herself. This event escalated and Ms. Taylor believed that Mr. Thorton began abusing his power as a prosecutor, and began to selectively prosecute Ms. Taylor, refusing to hold Fonseca to the same standards of the law. Ms. Taylor's property was being damaged, apartment office being called all in an attempt to have her evicted. She kept making reports with MPD, they would never take them.

Exhibit 7

ARCourts

# NLCRC-24-1762: STATE V DOMINIQUE TAYLOR

## Case Summary

Case Number
NLCRC-24-1762

Filing Date
08/03/2024

Court
PULASKI NORTH LITTLE ROCK

Case Type
CITY DOCKET - AREA 1

Status
CASE CLOSED

## Case Participants

| Name | Type | Alias |
|---|---|---|
| 31ST STATE DISTRICT JUDGE, NORTH LITTLE ROCK, DIV 1 | JUDGE | None |
| TAYLOR, DOMENIQUE DON'YANA | DEFENDANT | TAYLOR, DOMENEQUE D,TAYLOR, DOMENEQUE DONYANNA |
| SORRELLS, KARL | OFFICER | SORRELLS, K |
| VESS, ANDREW CARL | FUBLIC DEFENDER | None |

## Case Events

No Events

## Offenses

| Charge | Offense - 08/03/2024 | Level | Statute |
| --- | --- | --- | --- |
| 1 | VIOLATION OF NO CONTACT ORDER | CLASS A MISDEMEANOR | 16-85-714(d) |

| Name | Citation # | Plea - 04/14/2026 | Disposition - 04/14/2026 |
| --- | --- | --- | --- |
| TAYLOR, DOMENIQUE DON'YANA | 24-61606 | GUILTY | GUILTY |

| Age At Offense | Offense Detail |
| --- | --- |
| 37 | None |

---

| Charge | Offense - 08/03/2024 | Level | Statute |
| --- | --- | --- | --- |
| 2 | REFUSAL TO SUBMIT TO ARREST | CLASS B MISDEMEANOR | 5-54-103(b) |

| Name | Citation # | Plea - 04/14/2026 | Disposition - 04/14/2026 |
| --- | --- | --- | --- |
| TAYLOR, DOMENIQUE DON'YANA | 24-61606 | GUILTY | GUILTY |

| Age At Offense | Offense Detail |
| --- | --- |
| 37 | None |

---

| Charge | Offense - 08/03/2024 | Level | Statute |
| --- | --- | --- | --- |
| 3 | ASSAULT - 2ND DEGREE | CLASS B MISDEMEANOR | 5-13-206 |

| Name | Citation # | Plea - 04/14/2026 | Disposition - 04/14/2026 |
| --- | --- | --- | --- |
| TAYLOR, DOMENIQUE DON'YANA | 24-61606 | GUILTY | GUILTY |

| Age At Offense | Offense Detail |
| --- | --- |
| 37 | None |

---

| Charge | Offense - 08/03/2024 | Level | Statute |
| --- | --- | --- | --- |
| 4 | CRIMINAL MISCHIEF - 2ND DEGREE (DAMAGE >= $1,000 < $5,000) | CLASS A MISDEMEANOR | 5-38-204(b)(1) |

| Name | Citation # | Plea - 04/14/2026 | Disposition - 04/14/2026 |
| --- | --- | --- | --- |
| TAYLOR, DOMENIQUE DON'YANA | 24-61606 | GUILTY | GUILTY |

| Age At Offense | Offense Detail |
| --- | --- |
| 37 | None |

---

| Charge | Offense - 09/18/2024 | Level | Statute |
|---|---|---|---|
| **5** | FAIL TO APPEAR ON CLASS A MISDEMEANOR (FTA) | CLASS A MISDEMEANOR | 5-54-120(c)(3) (2015) |

| Name | Citation # | Plea - 04/14/2026 | Disposition - 04/14/2026 |
|---|---|---|---|
| TAYLOR, DOMENIQUE DON'YANA | None | GUILTY | GUILTY |

| Age At Offense | Offense Detail |
|---|---|
| 37 | None |

## Sentences

**No Sentences**

## Milestone Tracks

**No Milestones**

## Docket Entries

| Filing Date | Description | Docket Detail | Name | Documents |
|---|---|---|---|---|
| 08/03/2024 @ 7:00AM | ARREST/DISPOSITION REPORT | None | SORRELLS, KARL | None |
| 08/06/2024 @ 9:00AM | VIDEO ARGNMT HEARING HELD | None | None | None |
| 08/06/2024 @ 3:07PM | TRIAL SCHEDULED | None | None | None |
| 08/06/2024 @ 3:16PM | SPEED LETTER | None | None | None |
| 08/16/2024 @ 8:11AM | FULL CASH/CASH BOND | Bond ID: 60NLC-24-000141; Total Bond Amount: $350. Bond Code, BNDC, Receipted for: TAYLOR, DOMENIQUE DON'YANA, on 16-AUG-2024 in the amount of $350 on case ID NLCRC-24-1762. | None | None |
| 08/16/2024 @ 8:11AM | PAYMENT RECEIVED | None | None | None |
| 09/18/2024 @ 9:00AM | FTA WARRANT ISSUED | None | None | None |
| 09/18/2024 @ 9:00AM | TRIAL CANCELLED | None | None | None |

| Filing Date | Description | Docket Detail | Name | Documents |
|---|---|---|---|---|
| 11/03/2024 @ 9:47AM | MOTION DISMISS | None | TAYLOR, DOMENIQUE DON'YANA | None |
| 11/03/2024 @ 9:49AM | LETTER | None | None | None |
| 04/14/2026 @ 7:39AM | FTA WARRANT SERVED | None | None | None |
| 04/14/2026 @ 7:42AM | ARREST/DISPOSITION REPORT | None | SORRELLS, KARL | None |
| 04/14/2026 @ 9:00AM | VIDEO ARGNMT HEARING HELD | 350 FINE, 2 DAYS CTS, FORFEIT CASH BOND | None | None |
| 04/14/2026 @ 1:46PM | SPEED LETTER | None | None | None |
| 04/16/2026 @ 10:54AM | CLERK NOTE | COMPLETE FILE | None | None |
| 04/17/2026 @ 3:04PM | CASE CLOSED | None | None | None |
| 04/17/2026 @ 3:13PM | BOND APPLIED TO FEES | None | None | None |

ARCourts

# MUC-23-1983: STATE V PARIS SELENA FONSECA

This is not an official court record and should not be considered as such. For official court records, please contact the clerk of the court

## Case Summary

Case Number
MUC-23-1983

Filing Date
12/08/2023

Court
PULASKI MAUMELLE

Case Type
CITY DOCKET TRAFFIC/CRIMINAL

Citation Number
23-1278-AR

Status
CASE CLOSED

## Case Participants

| Name | Type | Alias |
| --- | --- | --- |
| STATE DISTRICT COURT JUDGE, MAUMELLE | JUDGE | BAILEY |
| FONSECA, PARIS SELENA | DEFENDANT | None |
| BROWNDERVILLE, SIDNEY | OFFICER | None |
| DEWITT, CLINTON L | ATTORNEY | DEWITT, CLINTON |

## Case Events

No Events

## Offenses

| Charge | Offense - 11/18/2023 | Level | Statute |
|---|---|---|---|
| **1** | DOMESTIC BATTERY - 3RD DEGREE | CLASS A MISDEMEANOR | 5-26-305(b)(1) |

| Name | Citation # | Plea - 01/23/2024 | Disposition - 02/14/2024 |
|---|---|---|---|
| FONSECA, PARIS SELENA | 23-1278-AR | NOT GUILTY | NOLLE PROSEQUI |

| Age At Offense | Offense Detail |
|---|---|
| 27 | None |

This is not an official court record and should not be considered as such. For official court records, please contact the clerk of the court

## Sentences

**No Sentences**

## Milestone Tracks

**No Milestones**

## Docket Entries

| Filing Date | Description | Docket Detail | Name | Documents |
|---|---|---|---|---|
| 12/08/2023 @ 4:29PM | CRIMINAL CITATION FILED | None | BROWNDERVILLE, SIDNEY | None |
| 12/08/2023 @ 4:32PM | PLEA & ARRAIGNMENT SCHEDULED | None | None | None |
| 01/23/2024 @ 1:00PM | EVENT HELD | 1-23-24 CLINTON DEWITT ENR ENGP TRIAL SET 4-23-24 @2:30 PM | None | None |
| 02/14/2024 @ 3:38PM | ORDER NOLLE PROSEQUI | ORDER NOLLE PROSEQUI NO CONTACT ORDER TERMINATED | FONSECA, PARIS SELENA | None |
| 02/14/2024 @ 3:41PM | CASE CLOSED | None | FONSECA, PARIS SELENA | None |

## NLRDC TRIAL FOR DOMENIQUE TAYLOR


NLR Public Safety
Address1 NLR , AR Zip
CFS Report
CFS # - 2024041783
Basic Information
Call Type 9140 DISTURBANCE ALTERCATION
Location of Occurrence
Address 3801 MCCAIN PARK DR AM NLR
Caller
Address [redacted]
Name [redacted] Caller Phone [redacted] How Received 911
Agency Defined
Interpreting Service
Dispositions

ARKANSAS INCIDENT REPORT
North Little Rock Police Department
Saturday
FONSECA, PARIS
3801 MCCAIN PARK DR, AM, NLR, AR 72116

Description of inserted photo:

Left Side

Dispatch CFS# 2024041783 Report for Paris Fonseca on 05/29/2024 at 3801 McCain Park Apt M, NLR. Officers Dispatched -----Randy D. Flippin & Dennis C Dorrell

Type of Call- 9140 Disturbance Altercation
County Pulaski
Parties involved- Domenique Taylor & Paris Fonseca
Arrest? No
Warrant? No
No contact order violation? No
ACIC used? Yes
Police Department? North Little Rock Police Department.
Injuries? No
How Received? 911
Date of Call? 05/29/2024
Was there witnesses? Yes

Description of inserted photo

Right Side


NLR Public Safety
Address1 NLR, AR Zip
CFS Report
CFS # - 2024041783
Agency Defined
Dispositions

ARKANSAS
INCIDENT REPORT

Incident Report 2024-061606 Report for Paris Fonseca on 08/03/2024 at 3801 McCain Park Apt M, NLR. Officer Dispatched -----Karl E. Sorrells
Type of Call- Disturbance "While on Patrol"
Parties Involved- Domeneque Taylor
Arrest? Yes
Warrant? "According to the officer's report, Domestic Battery Warrant"
No contact order violation? According to the Officers Report "No Contact Order Violation" from 11-18-2023
Force used? Yes
ACIC used? Yes
Police Department? North Little Rock Police Department.
Injuries? Yes-Taylor was injured
How Received? Unknown
Date of Call? 08/03/2024
Witnesses? YES

**Trial Questions**

**(Prosecutor) for NLRDC-24-1762**

In reference to Dispatch CFS# 2024041783, was there a reported disturbance at 3801 McCain Park Dr, North Little Rock, AR on May 29th, 2024?

On May 29, 2024 was the NLRPD dispatched to 3801 McCain Park Dr for a disturbance involving Paris Fonseca?

Were the responding officers to that disturbance CFS# 2024041783 Randy D. Flippin & Dennis C. Dorrell on May 29, 2024?

Did those responding officers in CFS# 2024041783 who were dispatched know why they were called?

Was there an active warrant or no contact order discovered by either responding officer on May 29, 2024 between Domeneque Taylor and Paris Fonseca for CFS# 2024041783?

Did Paris Fonseca inform officers of a no contact order between herself and Domeneque Taylor on May 29, 2024 in reference to CFS# 2024041783?

Did Paris Fonseca inform officers that she and the defendant had been separated from each other for a specific amount of time on May 29, 2024 in CFS# 2024041783?

Was Domeneque Taylor arrested on May 29, 2024 by NLRPD Officers Randy D. Flippin and Dennis C. Dorrell when they made contact with Ms. Taylor for any outstanding warrants or No-Contact orders in CFS# 2024041783?

**(Ofc Karl Eric Sorrells) Trial**

On 08/03/2024 in your Report 2024-061606 Did Ms. Fonseca claim that she was asleep when she heard the glass shatter in her home?

On 08/03/2024 in your Report 2024-061606 Did Ms. Fonseca observe Ms. Taylor physically/visually punch the kitchen window glass on 3801 McCain Park Dr Apt M?

On 08/03/2024 in your Report 2024-061606 Did you ask for Ms. Taylor to identify herself and provide you with some form of an Arkansas identification card (e.g. Drivers license, state i.d.) upon your arrival at 3801 McCain Park Dr Apt M, North Little Rock, Arkansas?

On 08/03/2024 in your Report 2024-061606 How were you able to confirm Ms. Taylor's name, dob, and physical address without obtaining her actual State of Arkansas Driver's License?

On 08/03/2024 in your Report 2024-061606 Did you observe a large amount of blood on the ground and near Fonseca's kitchen window?

On 08/03/2024 in your Report 2024-061606 Did you observe Ms. Taylor punch the window on 08/03/2024?

On 08/03/2024 in your Report 2024-061606 Was Ms. Taylor given a breathalyzer test or sobriety field test on 08/03/2024?

On 08/03/2024 in your Report 2024-061606 Was Ms. Taylor offered any Mental Health Services by you on 08/03/2024?

Officer Sorrells are you or were you a member of the **North Little Rock Police** Department's Crisis Intervention Team?

Officer Sorrells What exactly does the **North Little Rock Police** Department's Crisis Intervention Team do? (relevancy-officer claimed the defendant was "argumentative")

On 08/03/2024 in your Report 2024-061606 Was Ms. Taylor afforded any Mental Health Services by the NLRPD Crisis Intervention team on 08/03/2024?

On 08/03/2024 in your Report 2024-061606 Did Ms. Taylor have a warrant on August 3, 2024 for DOMESTIC Battery?

On 08/03/2024 in your Report 2024-061606 Did Taylor make any physical contact with Paris Fonseca?

On 08/03/2024 in your Report 2024-061606 Was Paris Fonseca Injured?

On 08/03/2024 in your Report 2024-061606 Were you Injured?

On 08/03/2024 in your Report 2024-061606 Was Ms. Taylor taken directly to PCRDF PRIOR to being taken to NLR Baptist HEALTH HOSPITAL?

On 08/03/2024 in your Report 2024-061606 Was Ms. Taylor uncooperative, combative, and argumentative?

On 08/03/2024 in your Report 2024-061606 Was Ms. Taylor Mirandized by you on 08/03/2024?

On 08/03/2024 in your Report 2024-061606 Did you wear a government issued body cam provided to you by the NLRPD on 08/03/2024?

Ofc. Sorrells? Did Ms. Taylor “refuse to answer questions” at any stage during this arrest on 08/03/2024?

Taylor, Domeneque D
MRN: 00819134, DOB: 2/4/1987, Legal Sex: F
Adm: 8/3/2024, D/C: 8/3/2024

**08/03/2024 ED in North Little Rock ER**

**Clinical Notes**

**08/03/2024**

**ED Triage Note by Morgan, Ernest J., RN at 8/3/2024 0740**

Author: Morgan, Ernest J., RN | Service: — | Author Type: Registered Nurse
Filed: 8/3/2024 7:41 AM | Date of Service: 8/3/2024 7:40 AM | Creation Time: 8/3/2024 7:40 AM
Status: Signed | Editor: Morgan, Ernest J., RN (Registered Nurse)

Pt presents in police custody, they report that pt placed her hand through a window, presents with hand wrapped with Koban. Pt refusing to answer any questions.

Electronically signed by Morgan, Ernest J., RN at 8/3/2024 7:41 AM

**ED Provider Notes by Simon, Emily, MD at 8/3/2024 0752**

Author: Simon, Emily, MD | Service: — | Author Type: Physician
Filed: 8/3/2024 8:00 AM | Date of Service: 8/3/2024 7:52 AM | Creation Time: 8/3/2024 7:52 AM
Status: Signed | Editor: Simon, Emily, MD (Physician)

**History**

Chief Complaint
Patient presents with
- Extremity Laceration

**ED Provider Notes by Bacon, Lori, MD at 8/3/2024 1042**

Author: Bacon, Lori, MD | Service: — | Author Type: Physician
Filed: 8/3/2024 5:17 PM | Date of Service: 8/3/2024 10:42 AM | Creation Time: 8/3/2024 10:42 AM
Status: Signed | Editor: Bacon, Lori, MD (Physician)

**History**

Chief Complaint
Patient presents with
- Hand Injury
  *Rt hand*

Patient is a 37-year-old female brought in police custody for the second time today due to punching glass. Patient reportedly with wound. Last tetanus is greater than 5 years. Patient reports mild discomfort of the right hand. Patient denies foreign body sensation.

The history is provided by the patient and the police

Taylor, Domeneque D
MRN: 00819134, DOB: 2/4/1987, Legal Sex: F
Adm: 8/3/2024, D/C: 8/3/2024

**08/03/2024 ED in North Little Rock ER**

**Clinical Notes**

**08/03/2024**

**ED Triage Note by Morgan, Ernest J., RN at 8/3/2024 0740**

Author: Morgan, Ernest J., RN | Service: — | Author Type: Registered Nurse
Filed: 8/3/2024 7:41 AM | Date of Service: 8/3/2024 7:40 AM | Creation Time: 8/3/2024 7:40 AM
Status: Signed | Editor: Morgan, Ernest J., RN (Registered Nurse)

Pt presents in police custody, they report that pt placed her hand through a window, presents with hand wrapped with Koban. Pt refusing to answer any questions.

Electronically signed by Morgan, Ernest J., RN at 8/3/2024 7:41 AM

**ED Provider Notes by Simon, Emily, MD at 8/3/2024 0752**

Author: Simon, Emily, MD | Service: — | Author Type: Physician
Filed: 8/3/2024 8:00 AM | Date of Service: 8/3/2024 7:52 AM | Creation Time: 8/3/2024 7:52 AM
Status: Signed | Editor: Simon, Emily, MD (Physician)

**History**

Chief Complaint
Patient presents with
- Extremity Laceration

**Paris Fonseca -Victim (Trial Questions)**

Ms. Fonseca were you arrested on November 18, 2023 for a domestic battery in Maumelle, AR Case Number MUC-23-1983 after visiting Ms. Taylor?

Did you make a 911 call to the Maumelle police on November 18, 2023 from a Kroger?

Ms. Fonseca did you make a phone call to Ms. Taylor's Front Apartment Office in Maumelle AR, stating "There was a man beating a woman in front of Apt 228" on November 18, 2023?

Did you make a phone call to Ms. Taylor's Apartment Office in Maumelle stating that she was "leaving children unattended and selling drugs out of her home?"

Ms. Fonseca were you accused of intentionally kicking Ms. Taylor's door in during an altercation in Maumelle, AR while the deadbolt was engaged on November 18, 2023.

**MAUMELLE POLICE DEPARTMENT**
**Arrest Report**

Page: 1
01/04/2024

**Arrest #: 23-1278-AR**
**Call #: 23-15550**

Date/Time Reported: 11/18/2023 @ 1338
Arrest Date/Time: 11/18/2023 @ 1521
Booking Date/Time: 11/18/2023 @ 1521
Involves: Domestic Violence

Additional Cases: 23-1279-AR
Court: Maumelle District Court
Court Date: 01/23/2024 @ 1300
Reporting Officer: Patrol Officer Sidney Brownderville
Assisting Officer: Sergeant Cecily Long
Booking Officer: Patrol Officer Sidney Brownderville
Approving Officer: Sergeant Cecily Long

Signature: ____________

Bail For Court: Maumelle District Court Set: 11/18/2023 @ 1523
Personal Recognizance Set 660.00
Personal Recognizance Set
Released with Citation To Report to Maumelle District Court on 01/23/2024 at 1300 hours
Bail Set By: Maumelle District Court
Prosecutor: Thornton, Andrew
Bail Unpaid:
Released: 11/18/2023 @ 1630

Signature: ____________

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | **FONSECA, PARIS SELENA**<br>3801 MCCAIN PARK DR<br>NORTH LITTLE ROCK AR 72118 | F | B | 27 | *********** | 501-453-3191 |

Military Active Duty: N
HEIGHT: 508 - 510 WEIGHT: 170 - 190 HAIR: NOT AVAIL. EYES: NOT AVAIL.
BODY: OBESE COMPLEXION: MEDIUM BROWN
DOB: 01/26/1996 PLACE OF BIRTH: HAMPTON, VA
LICENSE NUMBER: AR 946999372 ETHNICITY: NOT HISPANIC

Did you call a previous apartment complex of Ms. Taylor's prior and state you were a resident when you were not and that she had empty weed baggies in front of her front apartment door" when she did not?

Did you key Ms. Taylors car and flatten her tires when she lived in a luxury community at Chenal after an altercation between the two of you?

Have you ever spit in Ms. Taylor's face when she asked you to leave her home?